THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN N. HEALY, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MATTHEWS, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT RING, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH THOMAS, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BERT C. SCHELLENBERG, Respondent, v. EMMA WEHRENBERG, Individually and as Executrix, etc., of OTTO WEHRENBERG, Deceased, Appellant.— Order denying defendant's motion to vacate and set aside warrant of seizure, and order denying motion for reargument of said motion, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ALBERTA E. SIGRETTO, Respondent, v. R. H. S. B. HOLDING CORPORATION and SAVINGS BANK OF RICHMOND HILL, Defendants. JOSEPH L. SIGRETTO, Appellant.— Appeal of Joseph L. Sigretto from order directing payment of moneys to plaintiff Alberta E. Sigretto, and deposit of moneys to the credit of defendant Joseph L. Sigretto, dismissed, without costs. As Joseph L. Sigretto had no opportunity to be heard on the motion resulting in the order from which the appeal is taken, the order is not appealable by him. His remedy is to move to vacate the order. This court will grant a twenty days' stay of all proceedings under the order appealed from to enable him to make such motion, if he be so advised. Even if Joseph L. Sigretto had been present, the court would not have been warranted in disposing of vital issues in the manner adopted. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.